# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: BELL, CHRISTOPHER A.       § Case No. 09-00286
     BELL, JEANETTE M.           §
                                 §
Debtors                           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on January 07, 2009.  The undersigned trustee was appointed on January 08, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $       12,176.21

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 1,150.00 |
| Leaving a balance on hand of | $   11,026.21 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

    6. The deadline for filing claims in this case was 06/15/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,852.62. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $1,852.62, for a total compensation of $1,852.62. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/13/2009    By: /s/MICHAEL G. BERLAND
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-00286  
**Case Name:** BELL, CHRISTOPHER A.  
BELL, JEANETTE M.  
**Period Ending:** 08/13/09

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 01/07/09 (f)  
**§341(a) Meeting Date:** 02/02/09  
**Claims Bar Date:** 06/15/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Single Family Home--31448, Rd., Wilmington, IL 6 | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Various Hand and Power Tools | 150.00 | 0.00 | DA | 0.00 | FA |
| 3 | Various Household | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Various Used Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Various Firearms | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1998 Toyota Camry | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2000 Dodge Grand Caravan--non-working vehicle | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2003 GMC Pickup | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 Honda Civic | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Laptop Computer | 250.00 | 0.00 | DA | 0.00 | FA |
| 11 | Tax refund-unscheduled  (u)   Asset was originally unscheduled but discovered by the trustee at the first meeting of creditors. | 0.00 | 12,174.15 | | 12,174.15 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.06 | Unknown |
| 12 | Assets   Totals (Excluding unknown values) | **$512,500.00** | **$12,174.15** | | **$12,176.21** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee discovered a non-exempt tax refund.

**Initial Projected Date Of Final Report (TFR):**   May 31, 2012      **Current Projected Date Of Final Report (TFR):**   May 31, 2012

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-00286  
**Case Name:** BELL, CHRISTOPHER A.  
BELL, JEANETTE M.  
**Taxpayer ID #:** 54-6932512  
**Period Ending:** 08/13/09

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****30-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/09 | {11} | US Treasury | Payment of tax non-exempt tax refund | 1224-000 | 12,174.15 | | 12,174.15 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 12,174.34 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 12,174.83 |
| 05/05/09 | 1001 | Christopher & Jeanette Bell | Payment of exemption per court order | 8100-002 | | 1,150.00 | 11,024.83 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 11,025.28 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 11,025.75 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 11,026.21 |
| | | | **ACCOUNT TOTALS** | | **12,176.21** | **1,150.00** | **$11,026.21** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **12,176.21** | **1,150.00** | |
| | | | Less: Payments to Debtors | | | 1,150.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,176.21** | **$0.00** | |

{} Asset reference(s)

Printed: 08/13/2009 08:05 AM    V.11.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-00286  
**Case Name:** BELL, CHRISTOPHER A.  
BELL, JEANETTE M.  
**Taxpayer ID #:** 54-6932512  
**Period Ending:** 08/13/09

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****30-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****30-65** | 12,176.21 | 0.00 | 11,026.21 |
| **Checking # ***-*****30-66** | 0.00 | 0.00 | 0.00 |
| | $12,176.21 | $0.00 | $11,026.21 |

{} Asset reference(s)    Printed: 08/13/2009 08:05 AM    V.11.21

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-00286  
Case Name: BELL, CHRISTOPHER A.  
Trustee Name: MICHAEL G. BERLAND  

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*

                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | MICHAEL G. BERLAND | $ 1,852.62 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 114,054.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC as assignee of Citibank | $ 594.81 | $ 47.85 |
| 2 | PYOD LLC as assignee of Citibank | $ 6,758.66 | $ 543.61 |
| 3 | PYOD LLC as assignee of Citibank | $ 8,876.58 | $ 713.95 |
| 4 | CHASE BANK USA | $ 8,748.55 | $ 703.66 |
| 5 | CHASE BANK USA | $ 18,976.45 | $ 1,526.30 |
| 6 | Chase Bank USA NA | $ 4,860.97 | $ 390.97 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 2,128.38 | $ 171.19 |
| | FIA CARD SERVICES, | | |

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 8 | NA/BANK OF AMERICA | $ 18,394.15 | $ 1,479.47 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 28,787.51 | $ 2,315.42 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 15,928.81 | $ 1,281.17 |

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                               *Allowed Amt. of Claim*   *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*                               *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**