**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: BELL, CHRISTOPHER A. § Case No. 09-00286
      BELL, JEANETTE M. §
 §
Debtors §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,176.21 |
| *and approved disbursements of* | $ 1,150.00 |
| *leaving a balance of* | $ 11,026.21 |

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                      N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 1,852.62 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

  *Other*        _____ $_____ $_____

  Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

*Claim Number* *Claimant*         *Allowed Amt. of Claim* *Proposed Payment*

         N/A

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 114,054.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.0 percent.

  Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC as assignee of Citibank | $ 594.81 | $ 47.85 |
| 2 | PYOD LLC as assignee of Citibank | $ 6,758.66 | $ 543.61 |
| 3 | PYOD LLC as assignee of Citibank | $ 8,876.58 | $ 713.95 |
| 4 | CHASE BANK USA | $ 8,748.55 | $ 703.66 |
| 5 | CHASE BANK USA | $ 18,976.45 | $ 1,526.30 |
| 6 | Chase Bank USA NA | $ 4,860.97 | $ 390.97 |

**UST Form 101-7-NFR (4/1/2009)**

| Claim | Claimant | Allowed Amt. | Proposed Payment |
|---|---|---|---|
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 2,128.38 | $ 171.19 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 18,394.15 | $ 1,479.47 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 28,787.51 | $ 2,315.42 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 15,928.81 | $ 1,281.17 |

Late filed general (unsecured) claims are as follows:

*Claim Number    Claimant                    Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number    Claimant                    Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn
Chicago, IL

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/18/2009 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/13/2009    By: /s/MICHAEL G. BERLAND
                                                                    Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: sburton              Page 1 of 1                  Date Rcvd: Aug 14, 2009
Case: 09-00286                 Form ID: pdf006            Total Noticed: 22

The following entities were noticed by first class mail on Aug 16, 2009.
db/jdb        +Christopher A. Bell,   Jeanette M. Bell,   31448 S. Kavanaugh Rd.,   Wilmington, IL 60481-9336
aty           +Sara J Gray,   Law Office Of Gray & Idris  P C,   54 N Ottawa Street  Suite B80,
               Joliet, IL 60432-4354
tr            +Michael G Berland,   1 N LaSalle St,  No.1775,   Chicago, IL 60602-4065
13023835       At&t Universal Card,   Acct#: 2083,   PO Cox 44167,   Jacksonville, FL  32231-4167
13023839       Bank Of America,   Acct#: 5179,   PO Box 15026,   Wilmington, DE  19850-5026
13023837       Bank Of America,   Acct#: 5307,   PO Box 15026,   Wilmington, DE  19850-5026
13023836       Bank Of America,   Acct#: 5745,   PO Box 15026,   Wilmington, DE  19850-5026
13023838       Bank Of America,   Acct#: 7226,   PO Box 15026,   Wilmington, DE  19850-5026
13744551      +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13023840       Capital One,   Acct#: 4525,   PO Box 30285,   Salt Lake City, UT  84130-0285
13023841       Capital One,   Acct#: 5392,   PO Box 30285,   Salt Lake City, UT  84130-0285
13023842       Chase,   Acct#: 4324,   PO Box 15298,   Wilmington, DE  19850-5298
13023843       Chase,   Acct#: 4368,   PO Box 15298,   Wilmington, DE  19850-5298
13023844       Chase,   Acct#: 5261,   PO Box 15298,   Wilmington, DE  19850-5298
13779649       Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
13023846       Citi Card,   Acct#: 4771,   Box 6000,   The Lakes, NV  89163-6000
13023845       Citi Card,   Acct#: 9862,   Box 6000,   The Lakes, NV  89163-6000
13967845       FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
13023847       FiA Card Services,   Acct#: 4578,   PO Box 15026,   Wilmington, DE  19850-5026
13677503       PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
13023849       Wash-Mutual,   Acct#: 5604,   PO Box 9016,   Pleasanton, CA  94566-9016
13023848       Washington Mutual,   Acct#: 1327,   PO Box 99604,   Arlington, TX  76096-9604

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2009**                **Signature:**    *Joseph Speetjens*