UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BELL, CHRISTOPHER A. § Case No. 09-00286
BELL, JEANETTE M. §
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $512,500.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $9,174.34 | Claims Discharged Without Payment: $115,253.61 |
| Total Expenses of Administration: $1,852.62 | |

3) Total gross receipts of $  12,176.96  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  1,150.00  (see **Exhibit 2**), yielded net receipts of $11,026.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,852.62 | 1,852.62 | 1,852.62 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 129,360.68 | 114,054.87 | 114,054.87 | 9,174.34 |
| **TOTAL DISBURSEMENTS** | $129,360.68 | $115,907.49 | $115,907.49 | $11,026.96 |

4) This case was originally filed under Chapter 7 on January 07, 2009.
. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2009     By: /s/MICHAEL G. BERLAND
                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refund-unscheduled | 1224-000 | 12,174.15 |
| Interest Income | 1270-000 | 2.81 |
| **TOTAL GROSS RECEIPTS** | | **$12,176.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christopher & Jeanette Bell | Payment of exemption per court order | 8100-002 | 1,150.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,150.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,852.62 | 1,852.62 | 1,852.62 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,852.62 | 1,852.62 | 1,852.62 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC as assignee of Citibank | 7100-000 | 542.30 | 594.81 | 594.81 | 47.85 |
| PYOD LLC as assignee of Citibank | 7100-000 | 6,758.66 | 6,758.66 | 6,758.66 | 543.65 |
| PYOD LLC as assignee of Citibank | 7100-000 | 17,421.40 | 8,876.58 | 8,876.58 | 714.01 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| CHASE BANK USA | 7100-000 | 8,245.24 | 8,748.55 | 8,748.55 | 703.71 |
| CHASE BANK USA | 7100-000 | 18,976.45 | 18,976.45 | 18,976.45 | 1,526.43 |
| Chase Bank USA NA | 7100-000 | N/A | 4,860.97 | 4,860.97 | 391.01 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 4,189.38 | 2,128.38 | 2,128.38 | 171.20 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 18,137.85 | 18,394.15 | 18,394.15 | 1,479.59 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 28,787.51 | 28,787.51 | 28,787.51 | 2,315.61 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 15,928.81 | 15,928.81 | 15,928.81 | 1,281.28 |
| Chase | 7100-000 | 1,811.44 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 3,656.09 | N/A | N/A | 0.00 |
| Wash-Mutual | 7100-000 | 4,905.55 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 129,360.68 | 114,054.87 | 114,054.87 | 9,174.34 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-00286  
**Case Name:** BELL, CHRISTOPHER A.  
BELL, JEANETTE M.  
**Period Ending:** 11/13/09

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 01/07/09 (f)  
**§341(a) Meeting Date:** 02/02/09  
**Claims Bar Date:** 06/15/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home--31448, Rd., Wilmington, IL 6 | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Various Hand and Power Tools | 150.00 | 0.00 | DA | 0.00 | FA |
| 3 | Various Household | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Various Used Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Various Firearms | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1998 Toyota Camry | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2000 Dodge Grand Caravan--non-working vehicle | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2003 GMC Pickup | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 Honda Civic | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Laptop Computer | 250.00 | 0.00 | DA | 0.00 | FA |
| 11 | Tax refund-unscheduled (u)<br>Asset was originally unscheduled but discovered by the trustee at the first meeting of creditors. | 0.00 | 12,174.15 | | 12,174.15 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.81 | Unknown |
| 12 | Assets Totals (Excluding unknown values) | $512,500.00 | $12,174.15 | | $12,176.96 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee discovered a non-exempt tax refund.

**Initial Projected Date Of Final Report (TFR):** May 31, 2012  **Current Projected Date Of Final Report (TFR):** May 31, 2012

Printed: 11/13/2009 07:42 AM  V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-00286 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | BELL, CHRISTOPHER A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BELL, JEANETTE M. | | Account: | ***-*****30-65 - Money Market Account |
| Taxpayer ID #: | 54-6932512 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/13/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/09 | {11} | US Treasury | Payment of tax non-exempt tax refund | 1224-000 | 12,174.15 | | 12,174.15 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 12,174.34 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 12,174.83 |
| 05/05/09 | 1001 | Christopher & Jeanette Bell | Payment of exemption per court order | 8100-002 | | 1,150.00 | 11,024.83 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 11,025.28 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 11,025.75 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 11,026.21 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 11,026.67 |
| 09/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.29 | | 11,026.96 |
| 09/21/09 | | To Account #********3066 | Transfer for prurpose of final distribution | 9999-000 | | 11,026.96 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,176.96 | 12,176.96 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,026.96 | |
| | | | Subtotal | | 12,176.96 | 1,150.00 | |
| | | | Less: Payments to Debtors | | | 1,150.00 | |
| | | | NET Receipts / Disbursements | | $12,176.96 | $0.00 | |

{} Asset reference(s)

Printed: 11/13/2009 07:42 AM   V.11.53

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-00286 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | BELL, CHRISTOPHER A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BELL, JEANETTE M. | | Account: | ***.*****30-66 - Checking Account |
| Taxpayer ID #: | 54-6932512 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/13/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/09 | | From Account #*********3065 | Transfer for prurpose of final distribution | 9999-000 | 11,026.96 | | 11,026.96 |
| 09/23/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,852.62, Trustee Compensation; Reference: | 2100-000 | | 1,852.62 | 9,174.34 |
| 09/23/09 | 102 | PYOD LLC as assignee of Citibank | Dividend paid 8.04% on $594.81; Claim# 1; Filed: $594.81; Reference: | 7100-000 | | 47.85 | 9,126.49 |
| 09/23/09 | 103 | PYOD LLC as assignee of Citibank | Dividend paid 8.04% on $6,758.66; Claim# 2; Filed: $6,758.66; Reference: | 7100-000 | | 543.65 | 8,582.84 |
| 09/23/09 | 104 | PYOD LLC as assignee of Citibank | Dividend paid 8.04% on $8,876.58; Claim# 3; Filed: $8,876.58; Reference: | 7100-000 | | 714.01 | 7,868.83 |
| 09/23/09 | 105 | CHASE BANK USA | Dividend paid 8.04% on $8,748.55; Claim# 4; Filed: $8,748.55; Reference: | 7100-000 | | 703.71 | 7,165.12 |
| 09/23/09 | 106 | CHASE BANK USA | Dividend paid 8.04% on $18,976.45; Claim# 5; Filed: $18,976.45; Reference: | 7100-000 | | 1,526.43 | 5,638.69 |
| 09/23/09 | 107 | Chase Bank USA NA | Dividend paid 8.04% on $4,860.97; Claim# 6; Filed: $4,860.97; Reference: | 7100-000 | | 391.01 | 5,247.68 |
| 09/23/09 | 108 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 8.04% on $2,128.38; Claim# 7; Filed: $2,128.38; Reference: | 7100-000 | | 171.20 | 5,076.48 |
| 09/23/09 | 109 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 8.04% on $18,394.15; Claim# 8; Filed: $18,394.15; Reference: | 7100-000 | | 1,479.59 | 3,596.89 |
| 09/23/09 | 110 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 8.04% on $28,787.51; Claim# 9; Filed: $28,787.51; Reference: | 7100-000 | | 2,315.61 | 1,281.28 |
| 09/23/09 | 111 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 8.04% on $15,928.81; Claim# 10; Filed: $15,928.81; Reference: | 7100-000 | | 1,281.28 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 11,026.96 | 11,026.96 | $0.00 |
| Less: Bank Transfers | | 11,026.96 | 0.00 | |
| Subtotal | | 0.00 | 11,026.96 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $11,026.96 | |

{} Asset reference(s)    Printed: 11/13/2009 07:42 AM    V.11.53

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 09-00286 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: BELL, CHRISTOPHER A. | Bank Name: JPMORGAN CHASE BANK, N.A. |
| BELL, JEANETTE M. | Account: \*\*\*-\*\*\*\*\*30-66 - Checking Account |
| Taxpayer ID #: 54-6932512 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 11/13/09 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # \*\*\*-\*\*\*\*\*30-65 | 12,176.96 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*30-66 | 0.00 | 11,026.96 | 0.00 |
| | $12,176.96 | $11,026.96 | $0.00 |

{} Asset reference(s)     Printed: 11/13/2009 07:42 AM    V.11.53